IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| IRMA JEAN BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; BNSF RAILWAY; and, DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO. 2:16-CV-02105-LEK**<br>*San Joaquin Co. Sup. Court Case No: STK-CV-LPI-2016-7030*<br>*Complaint filed: 7/18/16*<br>*Trial Date: n/a*<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS STIPULATED** by and between Plaintiff, IRMA JEAN BROWN, on one hand, and Defendants, NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and BNSF RAILWAY COMPANY, on the other, through their designated counsel, that the Court dismiss the above-entitled matter, with prejudice, pursuant to Federal Rules of Civil Procedure rule 41(a)(1). Each party agrees to bear their own fees and costs.

DATED: January 5, 2017         **CARRILLO DAVALOS, PLC**

/s/ Rafael Carrillo
By _____
RAFAEL CARRILLO, ESQ.
Attorneys for plaintiff,
IRMA JEAN BROWN

| | |
|---|---|
| DATED:  January 5, 2017 | **FLESHER SCHAFF & SCHROEDER, INC.** |
| | /s/ Jeremy J. Schroeder |
| | By _____ |
| | JEREMY J. SCHROEDER, ESQ. |
| | Attorneys for defendant, |
| | NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK and BNSF RAILWAY COMPANY |

**IT IS SO ORDERED**:

DATED: January 5, 2017

 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

2
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE